```
                      UNITED STATES DISTRICT COURT

                     CENTRAL DISTRICT OF CALIFORNIA


MARY V. GILES,                      )   No. EDCV 08-0270-RC
                                    )
            Plaintiff,              )
                                    )
vs.                                 )   JUDGMENT
                                    )
MICHAEL J. ASTRUE,                  )
Commissioner of Social Security,    )
                                    )
            Defendant.              )
_____    )
```

   IT IS ADJUDGED that Judgment be entered remanding the action to the Social Security Administration for further proceedings consistent with the Opinion and Order, pursuant to sentence four of 42 U.S.C. § 405(g).


DATED:  August 11, 2009         /S/ ROSALYN M. CHAPMAN
                                    ROSALYN M. CHAPMAN
                                UNITED STATES MAGISTRATE JUDGE

R&R-MDO\08-0270.jud
8/10/09